## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENELLE FRANCES SCOTT, on behalf of herself and all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| THE PHILADELPHIA HOUSING AUTHORITY, THE PENNSYLVANIA INSTITUTE OF AFFORDABLE HOUSING PROFESSIONALS, PHA-TENANT SUPPORT SERVICES, INC., CARL GREENE, (individually and in his official capacity), DIANE ROSENTHAL, (individually and in her official capacity), KIRK DORN, (individually and in his official capacity), RICHARD ZAPPILE, (individually and in his official capacity), ASIA CONEY, (individually and in her official capacity), MICHAEL LEITHEAD, (individually and in his official capacity), CAROLYN CARTER, (individually and in her official capacity), LINDA STALEY, (individually and in her official capacity), JOHN DOE NUMBERS ONE THROUGH TEN, (individually and in their official capacity) | : : : : : : : : : : : : : : : : : : | NO. 10-4723 |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this *11th* day of *May*, 2011, upon consideration of the Motions to Dismiss Plaintiff Jenelle Frances Scott's Second Amended Complaint filed by Defendants Philadelphia Housing Authority, Pennsylvania Institute of Affordable Housing Professionals, and Kirk Dorn (Docket No. 64), Defendant Linda Staley (Docket No. 65), Defendants Asia Coney and PHA-Tenant Support Services, Inc. (Docket No. 66), Defendant Carolyn Carter (Docket No. 67), Defendant Diane Rosenthal (Docket No. 68), Defendant Richard Zappile (Docket No. 69),

Defendant Michael Leithead (Docket No. 70), and Defendant Carl Greene (Docket No. 71); and Plaintiff's Omnibus Response in Opposition to Defendants' Motions to Dismiss (Docket No. 88); and the Replies filed by Defendants Philadelphia Housing Authority, Pennsylvania Institute of Affordable Housing Professionals, and Dorn (Docket No. 97), Defendant Staley (Docket No. 98), Defendant Greene (Docket No. 99), Defendant Zappile (Docket No. 100), Defendants Coney and PHA-Tenant Support Services, Inc. (Docket No. 101), Defendant Rosenthal (Docket No. 102), and Defendant Carter (Docket No. 103); and Plaintiff's Motion for Leave to File a Reply (Docket No. 104), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File a Reply is **GRANTED**. Plaintiff's proposed Reply Brief, attached to her Motion as Exhibit 1, shall be deemed filed as of the date of this Order.

2. The Motions to Dismiss filed by Defendants Philadelphia Housing Authority, Pennsylvania Institute of Affordable Housing Professionals, PHA-Tenant Support Services, Inc., Greene, Rosenthal, Dorn, Zappile, Coney, Leithead, Carter, and Staley are **GRANTED**.

3. This case is **DISMISSED** in its entirety.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.